IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **CHELSIE NITSCHKE** *et al.* ) | |
| ) | **Case No. 3:25-cv-00217** |
| v. ) | **Judge Crenshaw** |
| ) | **Magistrate Judge Holmes** |
| **326 WELCH PARTNERS** *et al.* ) | |

## O R D E R

Pending before the Court is Defendant 326 Welch Partner and Defendant Avenue Construction, LLC's motion for an extension of time to answer or otherwise respond to the complaint (Docket No. 15), which is represented to be unopposed and is therefore **GRANTED**. The time for Defendant 326 Welch Partner and Defendant Avenue Construction, LLC to answer or otherwise respond to the complaint is extended to **April 30, 2025**.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge