**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **CHELSIE NITSCHKE AND** )<br>**CYNTHIA GEORGE,** )<br> )<br>    **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**326 WELCH PARTNERS;** )<br>**AVENUE CONSTRUCTION, LLC;** )<br>**BARNETT DESIGN STUDIO, LLC,** )<br> )<br>    **Defendant.** ) | **No. 3:25-cv-00217** |

## <u>ORDER</u>

A Mediator's Report (Doc. No. 51) has been filed stating that all matters and things in controversy against 326 Welch Partners and Avenue Construction, LLC, have been compromised and settled. The Report also states that there is a separate settlement between the Plaintiffs and Barnett Design Studio, LLC.

Accordingly, the parties shall file dismissal documents by **March 27, 2026**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE