**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **CHELSIE NITSCHKE and**<br>**CYNTHIA GEORGE**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**326 WELCH PARTNERS;**<br>**AVENUE CONSTRUCTION, LLC;**<br>**BARNETT DESIGN STUDIO, LLC**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)   **No. 3:25-cv-00217**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 53), and Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE.** The Clerk shall

close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE